UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-063 |
| | : | |
| v. | : | Magistrate Case No.   08-MJ-044 |
| | : | |
| ROBERT G. DAVIS, | : | VIOLATIONS:  18 U.S.C. § 1343; 18 U.S.C. |
| | : | § 1028A (Wire Fraud and |
| | : | Aggravated Identity Theft) |
| Defendant. | : | |

### INFORMATION

### COUNT 1: WIRE FRAUD

From on or about December 2003 to on or about November 2007, in the District of Columbia and elsewhere, Robert G. Davis devised a scheme and artifice to defraud The Home Shopping Network (HSN), Ginny's Inc., Shop NBC, GE Money Bank, QVC, Inc., and Famous Pawnbrokers, and to further this scheme and artifice and obtain property by false and fraudulent pretenses, knowingly transmitted and caused to be transmitted by means of wire communications in interstate commerce, telephone calls and orders for products using stolen identification information.  (Wire Fraud, in violation of Title 18, U.S. Code, Section 1343).

## COUNT 2: AGGRAVATED IDENTITY THEFT

From on or about December 2003 to on or about November 2007, in the District of Columbia and elsewhere, Robert G. Davis did knowingly possess and use, without lawful authority, a means of identification of another person, knowing that person to be a real person, during, and in relation to, his commission of wire fraud. (Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1)).

JEFFREY A. TAYLOR
United States Attorney

By: _____
TEJPAL S. CHAWLA
Assistant United States Attorney
United States Attorneys Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2442