
AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
APR 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF __Wash DC__

UNITED STATES OF AMERICA
V.
Robert Davis

## WAIVER OF INDICTMENT

CASE NUMBER: 08-CR-63

I, __Robert Davis__, the above named defendant, who is accused of __Wire fraud - 18 USC 1341__ __Aggravated Identity Theft - 18 USC 1028A__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4.4.08__ prosecution by indictment and consent that the
                            *Date*
proceeding may be by information rather than by indictment.

_____
/Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer