FILED
APR 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-63 |
| v. | : | Magistrate Case No. ~~08-MJ-~~ |
| **ROBERT G. DAVIS,** | : | VIOLATIONS: 18 U.S.C. § 1343; 18 U.S.C. § 1028A (Wire Fraud and Aggravated Identity Theft) |
| **Defendant.** | : | |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Robert G. Davis, under penalty of perjury, agrees and stipulates, to the following facts in connection with his plea of guilty to one count of 18 U.S.C. §1343 (Wire Fraud) and one count of 18 U.S.C. §1028A (Aggravated Identity Theft).

### Background

At all times relevant to this offense the defendant, Robert G. Davis ("Davis") was a resident of the District of Columbia, living at ▓▓▓▓ Street, S.E., Apartment ▓▓ Washington, D.C. The defendant's home phone number was (202) ▓▓▓-▓▓▓▓.

### Theft of Personal Identification Information by False Pretenses

Between December 2003 and November 2007, DAVIS worked in a number of jobs where he had access to confidential and personal identifying information of various persons, including their occupations, credit histories, social security numbers, dates of birth, address and telephone numbers. In this period of time, DAVIS was employed by a number of different employers in the Metropolitan Washington D.C. area, including several mortgage companies and the Federal Emergency Management Association (FEMA), which is a part of the U.S.

Department of Homeland Security. While an employee at these jobs, DAVIS obtained, copied, and secured the personal and confidential identification information of over 200 persons, including their social security numbers, dates of birth, addresses and other identifying information (collectively, "ID Theft Victims") without their permission, or the permission of his employer. The ID Theft Victims provided their personal security information to DAVIS' employers to apply for mortgages, or to obtain assistance from FEMA because they were victims of a natural disaster. In at least three instances, DAVIS, as a employee of FEMA, knowingly stole identifying information from ID Theft Victims who had sent their information to FEMA in 2004 to apply for disaster relief due to hurricane damage they had incurred.

When DAVIS stole this personal information from the ID Theft Victims and his employers, he wrote their personal information in note books, or made copies of their applications containing the personal information of the ID Theft Victims, and maintained these records at his home in the District of Columbia. During a search warrant conducted at DAVIS' home on December 4, 2007, the U.S. Secret Service recovered the personal information of over 200 ID Theft Victims' in various notebooks, papers, and business records in DAVIS' home, as well as order slips, packages, catalogues, and receipts in the names of the ID Theft Victims.

Fraudulent Use of Identifying Information to Obtain Credit and Property

Between December 2003 and November 2007, DAVIS would use the confidential and personal identifying information that he had stolen to open credit accounts with various companies, including The Home Shopping Network (HSN), Ginny's Inc., Shop NBC, QVC, Inc. (collectively, "Victim Companies"). DAVIS would place telephone calls to these companies which operate outside the District of Columbia from his home phone in the District of Columbia

to establish these credit accounts and to order items from the Victim Companies on these accounts. Using the personal identification information he had stolen from the ID Theft Victims, DAVIS would open credit accounts with the Victim Companies in the names of the ID Theft Victims, and then order and purchase items using the account information, and have the items shipped to his address, or other addresses near where he lived so that he could intercept or receive the shipments.

Between December 2003 and November 2007, DAVIS used over 74 different ID Theft Victims' identification to open fraudulent accounts with the Victim Companies, and made hundreds of telephone calls to the Victim Companies to open accounts, order merchandise, and check on the status of deliveries. DAVIS monitored the credit extended by the Victim Companies on each account, and he would open new accounts if a credit account was over-extended or if credit was denied to that account. Many of the Victim Companies used GE Consumer Finance, Inc., d/b/a GE Money, to create and extend credit on their accounts, and the defendant opened most of his accounts with the Victim Companies through GE Money. Dozens of the phone calls placed by DAVIS were recorded by the Victim Companies, and these telephone calls are DAVIS' voice and were dialed from the DAVIS' home telephone. Between December 2003 and November 2007, DAVIS opened fraudulent accounts at the Victim Companies in the names of ID Theft Victims in excess of $156,257. During the same period, DAVIS fraudulently obtained dozens of items from the Victim Companies through this scheme and artifice, including: gold and diamond jewelry, designer watches, digital cameras, DVD's, Dyson vacuum cleaners, gourmet food (including steaks, lobster, and seafood), lingerie, clothing, jackets, DVD players and other electronic items. When ID Theft Victims whose identifications were used to open accounts at the Victim Companies were contacted about this

activity, the confirmed that they did not know DAVIS or authorize anyone to order these items from the Victim Companies.

### Defendant's Sale of Fraudulently Obtained Property to Pawnshops

Between December 2003 and November 2007, DAVIS pawned numerous items that he fraudulently obtained from the Victim Companies using ID Theft Victims' information to area pawnshops, including Famous #1 Pawnbrokers in Wheaton, Maryland.  In that time, DAVIS pawned hundreds of items of fraudulently obtained property and obtained over $24,084 in cash from the pawnshops.  When DAVIS pawned items, he knew that he was obtaining far less money from the pawnbrokers for the goods or property than the items were actually worth. When DAVIS pawned the items to the pawnbrokers, he knew the items were fraudulently obtained, but he did not provide that information to the pawnbrokers.

Date: 4.4.08

ROBERT G. DAVIS
Defendant

I have read each of the four pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 4.4.08

DAVID BOS, ESQUIRE
Attorney for the Defendant