U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED
APR 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :

V.     :     Case No. 08-063(RBW)

ROBERT G. DAVIS     :

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the ___7th___ day of ___April, 2008___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by ___MPD Det. Richard Espinosa or Matt Young___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to ___MPD First Police District___ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ___MPD Det. Richard Espinosa or Det. Matt Young___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

DOJ USA-16-80

**DEFENSE COUNSEL**