UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim No. 08-063 (RBW) |
| ) | |
| ROBERT DAVIS ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Robert Davis, through undersigned counsel, respectfully moves this Court to continue the presently scheduled sentencing in this case for an additional ninety (90) days. As grounds for this motion, counsel states:

1. The Defendant's sentencing is presently set for June 20, 2008.

2. Based on information revealed in the Pre-Sentence Report, counsel has sought permission to retain a mental health professional to evaluate the Defendant. Counsel believes the results of that evaluation will assist the Court in fashioning the appropriate sentence in this case, and allow counsel to effectively represent the Defendant in this matter.

3. Counsel therefore request that the sentencing in this case be continued for ninety days to allow counsel for the Defendant to obtain a mental health evaluation of the Defendant.

4. The Government, per Assistant United States Attorney Tejpal Chawal, does not oppose this request.

The parties are available any date after October 14, 2008.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

_____/s/_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ext. 118

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Motion has been served on counsel for the government, AUSA Tejpal Chawal, this 16th day of June, 2008.

_____/s/_____
David W. Bos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Crim No. 08-063 (RBW)** |
| | ) | |
| **ROBERT DAVIS** | ) | |
| | ) | |
| Defendant. | ) | |

**Order**

Upon consideration of defendant's motion to continue the presently scheduled sentencing it is this _____ day of June, 2008,

**ORDERED** that sentencing scheduled for June 20, 2008, be rescheduled to

_____, 2008, at _____.m.


                                                                                  REGGIE B. WALTON
                                                                                  UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Teypal Chawal
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001