UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | Crim No. 08-063 (RBW) |
| ROBERT DAVIS ) | |
| Defendant. ) | |

Order

Upon consideration of defendant's motion to continue the presently scheduled sentencing it is this __17th__ day of June, 2008,

**ORDERED** that sentencing scheduled for June 20, 2008, be rescheduled to __October 7__, 2008, at __10:30a__.m.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue., N.W., Suite 550
Washington, D.C. 20004

Teypal Chawal
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001